COUNTY BOARD OF ELECTION OF MONROE
COUNTY, NEW YORK, ET AL. *v.*
UNITED STATES.

No. 1040.  Decided March 21, 1966.

*Louis J. Lefkowitz,* Attorney General of New York, *Jean M. Coon,* Assistant Attorney General, *Ruth Kessler Toch,* Acting Solicitor General, and *William A. Stevens* for appellants.

*Solicitor General Marshall* for the United States.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. *Swift & Co.* v. *Wickham,* 382 U. S. 111; *Pennsylvania Public Utility Commission* v. *Pennsylvania Railroad Co.,* 382 U. S. 281.

PUGACH *v.* NEW YORK.

No. 131, Misc.  Decided March 21, 1966.

Petitioner *pro se.*

*Isidore Dollinger* and *Bertram R. Gelfand* for respondent.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.